rules regarding second or successive habeas petitions by filing a § 1983 claim. Appellant Hill acknowledges that he has filed a previous federal habeas petition. *See Hill v. Jones,* 81 F.3d 1015 (11th Cir.), *reh'g and suggestion for reh'g en banc denied,* 92 F.3d 1202 (11th Cir.1996), *cert. denied,* —— U.S. ——, 117 S.Ct. 967, 136 L.Ed.2d 851 (1997). As Hill's § 1983 cruel and unusual punishment claim constitutes the "functional equivalent" of a second habeas petition, the district court was subject to the law applicable to successive habeas petitions. *Felker,* 101 F.3d at 96. Under 28 U.S.C. § 2244(b)(3)(A), the district court lacked jurisdiction to consider Appellant Hill's request for relief because Hill had not applied to this Court for permission to file a second habeas petition.

AFFIRMED.

PER CURIAM:

On April 24, 1997, Appellant Walter Hill filed with this Court a "Motion for Injunction Against Execution Pending Disposition of Petition for Writ of Certiorari." The motion requests that this Court enjoin the State of Alabama from executing Hill pending the United States Supreme Court's disposition of his petition for certiorari. The petition for certiorari seeks review of a decision issued by this Court on April 17, 1997. *See Hill v. Hopper,* 112 F.3d 1088 (11th Cir.1997). On April 25, 1997, the State of Alabama filed a response to Appellant Hill's motion. After careful consideration, we hereby deny Appellant Hill's Motion for Injunction.

DENIED.

**Walter HILL, Plaintiff–Appellant,**

v.

**Joe S. HOPPER, Commissioner of Alabama Department of Corrections, Defendant–Appellee.**

No. 97–6306.

United States Court of Appeals, Eleventh Circuit

April 25, 1997.

Barry J. Fisher, Palmer Singleton, Atlanta, GA, for Appellant.

Beth Jackson Hughes, Assistant Attorney General, Office of the Attorney General, Montgomery, AL, for Appellee.

Before HATCHETT, Chief Judge, and COX and BLACK, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Samuel CHIRINOS, Rolanda Guerra, David Martinez, Jose Reyes, Joseph Gonzalez, Enrique Santiesteban, Defendants–Appellants.**

No. 93–4389.

United States Court of Appeals, Eleventh Circuit.

May 15, 1997.

